47 So.2d 925

**Floyd REEVES v. STATE.**
**8 Div. 899.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Driving while intoxicated.

J. N. Powell, of Hartselle, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 865

**James Webster ROBBINS v. STATE.**
**6 Div. 9.**

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Manslaughter, first degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

48 So.2d 893

**Copeland ROBINSON v. STATE.**
**8 Div. 927.**

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

· A. A. Carmichael, · Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

48 So.2d 893

**James ROBERTS v. STATE.**
**8 Div. 936.**

Court of Appeals of Alabama.
May 22, 1950.

Application for Rehearing Stricken
Sept. 5, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Driving while intoxicated.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 917

**James ROBERTS v. STATE.**
**8 Div. 979.**

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

PER CURIAM.
Affirmed.

51 So.2d 917

**James ROBERTS v. STATE.**
**8 Div. 982.**

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

PER CURIAM.
Affirmed.